Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: *sethwiener@yahoo.com*

Attorney for Plaintiff
Lorven Technologies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORVEN TECHNOLOGIES, INC.;<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT TECHNOLOGIES, INC.; MARK ALLEN FUKUI; AND DOES 1 THROUGH 10;<br><br>Defendants. | Case No.: 2:17-cv-01267-JAM-KJN<br><br>ORDER PERMITTING SERVICE ON INSIGHT TECHNOLOGIES, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>[NO HEARING REQUESTED] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having reviewed Plaintiff Lorven Technologies, Inc.'s *Ex Parte* Application for Order Permitting Service on Insight Technologies, Inc. through the California Secretary of State, and good cause appearing, the Court hereby grants the *Ex Parte* Application, and orders pursuant to Corporations Code § 1702 that service of the Summons and First Amended Complaint be made upon Insight Technologies, Inc. by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner shall be deemed complete on the 10th day after delivery of the process to the Secretary of State. SO ORDERED:

Dated: 8/17/2017

/s/ John A. Mendez_____
United States District Court Judge

Order
Page 1