Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: *sethwiener@yahoo.com*

Attorney for Plaintiff
Lorven Technologies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LORVEN TECHNOLOGIES, INC.;<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT TECHNOLOGIES, INC.; MARK ALLEN FUKUI; AND DOES 1 THROUGH 10;<br><br>Defendants. | Case No.: 2:17-cv-01267-JAM-KJN<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS<br><br>[NO HEARING REQUESTED] |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having reviewed Plaintiff Lorven Technologies, Inc.'s Motion to Dismiss, and good cause appearing, the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party to bear its own fees and costs.

SO ORDERED:

DATED: September 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Order
Page 1